**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00466-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GREGORY HUSTER,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Government's Unopposed Motion to Appear Telephonically (Doc 15 - filed January 4, 2008) is **GRANTED**. Government's counsel may appear by telephone at the status/scheduling hearing set **January 18, 2008 at 11:00 a.m.** Counsel is requested to contact chambers prior to that date to advise of the phone number where he will be available.

Dated:  January 8, 2008