IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00466-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY HUSTER,

    Defendant.

___

**FINAL ORDER OF FORFEITURE**
___

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT a Preliminary Order of Forfeiture was entered on March 20, 2008;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §982, incorporating 21 U.S.C.§853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the 1997 Dodge Dakota VIN 1B7GG23YXVS155495 shall enter in favor of the United States pursuant to 18 U.S.C. §982, free from the claims of any other party:

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this  12th  day of      June      , 2008.

BY THE COURT:


   s/Lewis T. Babcock   
LEWIS T. BABCOCK
United States District Court Judge